**Order filed January 13, 2015**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00249-CV
### MARGARET ONWUDIEGWU, Appellant

### V.

### JAIME J. DOMINGUEZ, Appellee

**On Appeal from the County Court at Law # 4 and Probate Court
Brazoria County, Texas
Trial Court Cause No. CI48482**

## O R D E R

Appellant's brief was due December 29, 2014**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **February 12, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM